# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| CYRILL KOLOCOTRONIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4139-CV-C-SOW |
| ) | |
| DAN SULLIVAN, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

On August 20, 2007, United States Magistrate Judge William A. Knox recommended dismissing plaintiff's claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of August 20, 2007, is adopted. [4] It is further

ORDERED that plaintiff is denied leave to proceed in forma pauperis and his claims are dismissed, pursuant to 28 U.S.C. § 1915 and the general order In re Cyrill Athanasios Kolocotronis (W.D. Mo. Aug. 28, 2003).

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: September 26, 2007
Kansas City, Missouri